**Robert E. PORTER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 39202.**

Missouri Court of Appeals, Western District.

Dec. 22, 1987.

Joseph H. Locascio, Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before PRITCHARD, P.J., and GAITAN and COVINGTON, JJ.

**ORDER**

PER CURIAM.

Appeal from denial, without evidentiary hearing, of successive Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).